UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY V. REMMERT,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN AFFAIRS, et al.,<br><br>  Defendants. | Case No. 21-mc-80006-HSG<br><br>**AMENDED ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>RE: DKT. NOS. 3, 1 |

The Court has reviewed Magistrate Judge Hixson's Report and Recommendation, as well as Plaintiff Shirley V. Remmert's timely objection to the report. The Court continues to find the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

**IT IS HEREBY ORDERED** that the Court directs the Clerk not accept Plaintiff's complaint for filing and that the motion to proceed in forma pauperis is **DENIED** as moot. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: 2/3/2021

  HAYWOOD S. GILLIAM, JR.
  United States District Judge